JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL BANK OF CALIFORNIA, a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio corporation,<br><br>  Defendant. | CASE NO. 2:12-CV-3411-SVW-FMO<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October, 30, 2012

_____
STEPHEN V. WILSON
United States District Judge