JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL BANK OF CALIFORNIA, a California Corporation, | ) ) ) | CASE NO. 2:12-CV-3411-SVW-FMO |
| | ) ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio corporation, | ) ) ) | |
| Defendant. | | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this case is removed from this Court's active caseload without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October, 30, 2012

_____
STEPHEN V. WILSON
United States District Judge